IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Tolefree, Darold S

Printed: 8/19/08

Case Number: 08 B 11427
Judge: Wedoff, Eugene R
Filed: 5/6/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: June 19, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 101.38 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 94.79 |
| Trustee Fee: |  | 6.59 |
| Other Funds: |  | 0.00 |
| Totals: | 101.38 | 101.38 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,841.50 | 94.79 |
| 2. | Countrywide Home Loans Inc. | Secured | 6,300.00 | 0.00 |
| 3. | Resurgent Capital Services | Unsecured | 13.32 | 0.00 |
| 4. | United States Dept Of Education | Unsecured | 1,051.25 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 125.00 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 43.70 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 129.88 | 0.00 |
| 8. | Illinois Dept Of Healthcare And Family | Priority |  | No Claim Filed |
| 9. | Illinois Dept Of Healthcare And Family | Priority |  | No Claim Filed |
|  |  |  | $ 11,504.65 | $ 94.79 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 6.59 |
|  | $ 6.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Tolefree, Darold S

Printed:  8/19/08

Case Number:  08 B 11427
Judge:  Wedoff, Eugene R
Filed:  5/6/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

